November 2, 1972

Acampora *v.* Travelers Insurance Company
et al., Appellants.

Argued September 19, 1972. *Robert J. Murphy,* with him *Murphy, Murphy & Murphy,* for appellants; *Marvin F. Galfand,* with him *Dragon, Verlin & Galfand,* for appellees.

Order affirmed.

Acampora *v.* Travelers Insurance Company
et al., Appellants.

Argued September 19, 1972. *Robert J. Murphy,* with him *Murphy, Murphy & Murphy,* for appellants; *Marvin F. Galfand,* with him *Dragon, Verlin & Galfand,* for appellees.

Judgment affirmed.